AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Dion O. Taylor ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No. 0:14-cv-02032-TMC |
| Warden Allendale Correctional Institution, ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Dion O. Taylor, shall take nothing of the respondent, Warden Allendale Correctional Institution, as to the petition filed and this case is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, having adopted the Report and Recommendations set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which granted the respondent's motion to dismiss.

Date: September 23, 2015                                  *CLERK OF COURT*

                                                          s/G. Mills
                                                          *Signature of Clerk or Deputy Clerk*